■ In the Matter of ROBERT J. CONNOR, Respondent, v STEPHEN MAY et al., Constituting the New York State Board of Elections, Respondents, and WILLIAM P. HAMILLA, Appellant.—Appeal from a judgment of the Supreme Court at Special Term, dated August 24, 1976 and entered in Albany County, which, in a proceeding pursuant to section 330 of the Election Law, granted petitioner's application and declared valid a petition designating him as a candidate of the Liberal Party for the public office of Member of the Assembly for the 96th Assembly District to be voted upon in the September 14, 1976 primary. Judgment affirmed, without costs, on the opinion of Miner, J., at Special Term. Koreman, P. J., Kane, Mahoney, Main and Herlihy, JJ., concur.

■ In the Matter of GARTH C. LAX et al., Appellants, v NEW YORK STATE BOARD OF ELECTIONS, Respondent, and ROY MALLETTE et al., Respondents.— Appeal from a judgment of the Supreme Court at Special Term, entered August, 1976 in Albany County, in a proceeding pursuant to section 330 of the Election Law which denied an application to invalidate the opportunity to ballot petition in the primary election of the Conservative Party for the office of New York State Senator for the 49th Senate District. Judgment affirmed, without costs, on the opinion of Miner, J., at Special Term. Kofeman, P. J., Kane, Mahoney, Main and Herlihy, JJ., concur.

■ In the Matter of NORMA A. BARTLE, Appellant, v STEPHEN MAY et al., Constituting Board of Elections of the State of New York, et al., Respondents.—Appeal from a judgment of the Supreme Court at Special Term, entered August 27, 1976, which dismissed petitioner's application, in a proceeding pursuant to section 330 of the Election Law, to validate a petition designating her as a candidate of the Liberal Party for the office of Representative of Congress from the 30th Congressional District. Special Term properly held that the irregularity of petitioner's designating petition in naming more than one committee to fill vacancies was fatal to the petition *(Matter of Carey v Power,* 18 NY2d 845; *Matter of Lisa v Power,* 16 NY2d 851; *Matter of Di Lorenzo v Heffernan* 187 Misc 766, affd 271 App Div 802, affd 296 NY 687). Judgment affirmed, without costs. Koreman, P. J., Kane, Mahoney, Main and Herlihy, JJ., concur.